UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:

KEITH SCOTT LINKE and
KATHY ANN LINKE,

Case No. 95-00256

Debtor(s)   /

## ORDER DIRECTING DISBURSEMENT OF FUNDS

Upon application by Wells Fargo Bank, N.A., successor to Norwest Bank, South Dakota, for unclaimed funds held in the registry of the Court, it is

ORDERED that the funds held in the registry of the Court in the amount of $629.23 be disbursed to Wells Fargo Bank, N.A., P.O. Box 3908, Mac P6103-05A, Portland, OR 97208.

DONE and ORDERED at Tallahassee, Florida, this 7th day of March, 2007.

LEWIS M. KILLIAN, JR.
Bankruptcy Judge

copies to:
Wells Fargo Bank, N.A., Creditor